UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 12-00732-CJC(MLGx)          Date: June 13, 2012

Title: <u>HSBC BANK USA, N.A. v. MARIA L. GARCIA</u>

PRESENT:

<u>**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**</u>

<u>Michelle Urie</u>          <u>N/A</u>
Deputy Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

     On April 22, 2011, Plaintiff HSBC Bank USA, N.A. filed this action for unlawful detainer against Defendant Maria L. Garcia in California state court. On March 9, 2012, Ms. Garcia removed this action to federal court, purportedly on the basis civil rights pursuant to 28 U.S.C. § 1443. On April 6, 2012, this Court remanded the case for lack of subject matter jurisdiction. On April 12, 2012, Ms. Garcia again removed this action to federal court under section 1443. On April 30, 2012, this Court remanded the case for lack of subject matter jurisdiction. Now, yet again, on May 8, 2012, Mr. Garcia removed her case to this court under section 1443. Just as with her previous attempts to seek adjudication in federal court, Ms. Garcia has failed to explain why civil rights removal is proper in this action, how this case involves any violation of any law providing for equal civil rights, or why she cannot adequately enforce her civil rights in state court. Her allegations that the state court is depriving her of due process remain conclusory and without support.

     The Court is cognizant that Ms. Garcia is not a lawyer and that she has chosen to represent herself in this matter. Should Ms. Garcia remove this case yet again, the Court urges her to consider the criticism of her previous attempts. Mr. Garcia is clearly familiar with 28 U.S.C. § 1443. It is time for Ms. Garcia to familiarize herself with Rule 11 of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-00732-CJC(MLGx)          Date: June 13, 2012

Page 2

---

Federal Rules of Civil Procedure.  The Court, on its own motion, again REMANDS the case to state court.


jda

MINUTES FORM 11
CIVIL-GEN          Initials of Deputy Clerk MU